UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

05 MAY 10 PM 3:35

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FLORA R. S. SELBY
PLAINTIFF(S)

CASE NO. 6:05-cv-719-Orl-19KRS

-against-

TYCO / KENDALL / HEALTHCARE
DEFENDANT(S)

# COMPLAINT

Flora R. S. Selby
SIGNATURE

FLORA R.S. SELBY
NAME

2081 PENNSYLVANIA DRIVE
ADDRESS

DELAND, FLA. 32724-8340
ADDRESS

1-386-734-3400
PHONE NO.

COMPLAINTS.

(1) EMPLOYMENT DISCRIMINATION

(2) WRONGFUL TERMINATION

(3) HARRASSMENT

(4) RETALIATION.

FLORA R.S. SELBY (FORMER EMPLOYEE)

DATE HIRED: AUGUST 22, 1988 -

DATE SUSPENDED: APRIL 21, 2004

DATE OF TERMINATION: APRIL 28, 2004

I WAS TERMINATED IN MY HOME BY HEAD OF HUMAN RESOURCE GREGORY THOMPSON

I WAS TERMINATED ON THE GROUND OF:

(1) INSUBORDINATION OR REFUSAL TO DO ASSIGNED JOBS

ON APRIL 21, 2004 I HAVE PERFORMED ALL JOBS ANTHONY EARL, LEAD SET-UP HAS ASSIGNED TO ME.

(2) LEAVING THE WORK AREA WITHOUT PERMISSION.

ON APRIL 21, 2004 WHILE PERFORMING MY JOB I HAVE GOTTEN SICK AFTER HAVING BEEN HARRASSED BY ANTHONY VILLAREE OR TONY VELLARE

I HAVE TOLD ANTHONY EARL LEAD SET-UP THAT I AM SICK AND I NEEDED TO GO HOME.

I PASSED BY AT THE HUMAN RESOURCE TO NOTIFY THEM OF MY CONDITION BUT THE ASSIS-

TANT HUMAN RESOURCE MEAGHAN ~~PROP~~ JOBST REFUSE TO SEE ME. SO I TOLD PAMELA WOOTEN TO PLEASE TELL MEACHAN JOBST. I AM GOING HOME BECAUSE I AM SICK.

~~ANTF~~ TONY VELLAKE HAS BEEN HARRASSING ME AT NUMEROUS TIME. EACH TIME HE HARRASSES ME I GET SICK. I NOTIFY MY SUPERVISOR AND GREGORY THOMPSON AND THEY DID NOT DO ANYTHING ABOUT IT.

RETALIATION:

① JUNE 10, 2002, I HAVE FILED CHARGES ON GREGORY THOMPSON FOR WRONGFUL SUSPENSION
FCHR FILE NO. 22 02 53C
EEOC FILE NO. 15 DA 201074

② ON DECEMBER OF 2002 I HAVE FILED CHARGES ON MEACHAN JOBTS ~~@~~ PROHIBITING ME TO WORK FOURTY HOURS AFTER MY DOCTOR RELEASE ME ON A MEDICAL LEAVE. I HAVE NOTIFIED THE COMPANY LAWYER AND HE TOLD ME TO GO BACK TO WORK.

③ ON JANUARY OF 2003 GREGORY THOMSPSON PROHIBITS ME TO WORK OVERTIME FOR A TOTAL OF TWO MONTHS UP UNTIL I WOULD SEE A PSYCHIATRIST. I WENT AND SEEN DR. EDMUNDO I. RIVERA.

AFTER A SESSION WITH PRESENTED ME A LETTER THAT THERE WAS NOTHING WRONG WITH ME PHYSICALLY AND MENTALLY AND IF THERE WAS ANY QUESTION WITH HIS CERTIFICATION. THEY ARE WELCOME TO COMMUNICATE WITH HIM.

④ ON FEBRUARY 15, 2004, I HAVE FILED CHARGES ON TONY VELLAKE THROUGH FCHR AND EEOC

FCHR FILE # ~~15 DA301098~~ 200421579 EEOC FILE # 150-2004-0725

GREGORY THOMPSON COMPOSE A LETTER ON MY BEHALF WITH-DRAWING THE CHARGES ASSURING ME THAT NO ONE WILL BE TERMINATED

PLEASE, SEE ALL ATTACHMENT THAT HOPEFULLY WOULD ASSIST IN ME OBTAINING A JUSTIFIABLE RESULT. I WANT MY LIFE BACK AND I WANT MY HONOR BACK.

THANK YOU SO MUCH.

Flora R.S. Selby

SIGNATURE

FLORA R.S. SELBY

NAME

2081 PENNSYL

ADDRESS

ADDRESS

PHONE NO.