# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORA R.S. SELBY,**

                                **Plaintiff,**

**-vs-**                                                        Case No.  **6:05-cv-719-Orl-19KRS**

**TYCO KENDALL HEALTHCARE,**

                                **Defendant.**
_____

## ORDER TO STRIKE

        At document number 19, Plaintiff Flora R.S. Selby has filed a response to the defendant's

answer to the complaint.  This filing is not authorized by the Middle District of Florida Local

Rules or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 7(a); M.D. Fla. L.R. 3.01(b).

Therefore, the document is ordered stricken and the Clerk is directed to delete it from the file.

Additionally, any responses required to be filed because of the stricken document will not be

required and will also be stricken and returned.

        **DONE** and **ORDERED** in Orlando, Florida on July 21, 2005.

                                        *Karla R. Spaulding*
                                        _____
                                        KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties