**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORA R.S. SELBY,**

          **Plaintiff,**

**-vs-**                                                     Case No.  6:05-cv-719-Orl-19KRS

**TYCO HEALTHCARE GROUP, L.P.,**

          **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **REQUEST FOR CONTACT INFORMATION (Doc. No. 30)** |
| **FILED:** | **August 24, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

As I attempted to explain to Ms. Selby at the pretrial conference, requests for discovery information should be made to counsel for Tyco Healthcare Group, L.P., not to the Court. Such discovery requests should not be filed with the Court. Ms. Selby may send a written request to counsel for Tyco Healthcase Group, L.P. to request the information she seeks.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2005.

                                                                *Karla R. Spaulding*
                                                             KARLA R. SPAULDING
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties