# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORA R.S. SELBY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-719-Orl-19KRS**

**TYCO HEALTHCARE GROUP, L.P.,**

        **Defendant.**

_____

## ORDER TO STRIKE

On January 19, 2006, counsel for the defendant filed a document entitled "Notice of Taking Deposition of Plaintiff, Flora R.S. Selby." Doc. No. 61. This document fails to comply with the Middle District of Florida Local Rules. *See* M.D. Fla. L.R. 3.03(d). Accordingly, Doc. No. 61 is stricken from the record. The Clerk is hereby directed to delete this document from the file.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties